**Order entered December 11, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00678-CV

**BRENDA PETERSON, INDIVIDUALLY AND AS NEXT FRIEND OF B.Q.P., A MINOR AND AS ADMINISTRATOR OF THE ESTATE OF JAMES Q. PETERSON, DECEASED, AND GARY PETERSON, Appellants**

**V.**

**FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY, Appellee**

**On Appeal from the 116th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-05243**

## ORDER

We **GRANT** appellants' December 9, 2015 unopposed motion for an extension of time to file a reply brief.  Appellants shall file a reply brief by **JANUARY 22, 2016**.

/s/      ELIZABETH LANG-MIERS
            JUSTICE